IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL FEATURE RECOGNITION, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MONDELĒZ INTERNATIONAL, INC., <br><br> Defendant. | Case No. 14-CV-2366 <br><br> Hon. John Z. Lee |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Marshall Feature Recognition, LLC and Defendant Mondelēz International, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all claims in this action WITH PREJUDICE with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 22, 2014

Respectfully submitted,

s/ Justin Kaplan

Justin Kaplan (ARDC No. 6298464)
Parikh Law Group, LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 725-3476
Attorneys for
Marshall Feature Recognition, LLC

s/ Jeanne M. Gills

Jeanne M. Gills (IL Bar No. 6225018)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654-5313
Phone: 312.832.4500
Fax: 312.832.4700
Email: jmgills@foley.com

Kenneth K. Suh (TX Bar No. 24070701 and CA Bar No. 283591)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654-5313
Phone: 312.832.4500

Fax: 312.832.4700
Email: ksuh@foley.com
(Appearing *Pro Hac Vice*)

Attorneys for Mondelēz International, Inc

I, Justin Kaplan, an attorney, hereby certify that on August 22, 2014, I caused to be electronically filed the foregoing **Stipulated Motion For Dismissal With Prejudice** by using the CM/ECF system, which sent a notice of electronic filing to all parties of record.

                                                                     /s/        Justin Kaplan